RICHARD WADDINGTON, appellant,

*v.*

I. OAKFORD ACTON, administrator &c. of David Ware, deceased, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Acton* v. *Waddington, 1 Dick. Ch. Rep. 16.*·

*Mr. M. P. Grey,* for the appellant.

*Mr. W. T. Hilliard,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, ·COLE, SMITH, WHITAKER—12.

*For reversal*—None.